# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

IN RE:

**Frankie Ray Beasley,**
*aka Fankie R. Beasley,*
*aka Frank Beasley,*
        Debtor,;

**Amy Renee Beasley,**
*aka Amy Beasley,*
*fka Amy Renee Belfiore,*
        Joint Debtor.
_____/

CASE NO.: 25-10628-SDB
CHAPTER 13

## **OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**

COMES NOW, U.S. BANK NATIONAL ASSOCIATION ("Movant"), who holds a secured lien on the Debtors' real property known as 809 Upington Ln, Evans, GA 30809 and files this Objection to Confirmation of Debtors' Plan.

It is anticipated that Movant's Proof of Claim will show a pre-petition arrearage in the amount of approximately $1,938.95. The Debtors' Chapter 13 Plan proposes to pay amount of $0.00 arrearages towards pre-petition arrears. The proposed arrears listed in the Plan are insufficient to cover the actual arrearage amount. Accordingly, the Chapter 13 Plan fails to comply with the provisions of 11 U.S.C. § 1325(a) and cannot be confirmed.

WHEREFORE, Movant prays that this Court inquire into the matters raised herein and deny confirmation of the Chapter 13 Plan or enter such orders that the Court deems just and proper.

Date: 09/12/2025

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
13010 Morris Rd.
Suite 450

Alpharetta, GA 30004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Willie Smith
Willie Smith, Esquire
Georgia Bar Number  507412
Email: wismith@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 12, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Lee Ringler
Lee Ringler Law Offices
1450 Greene Street,
Suite 222
Augusta, GA 30901

Huon Le
P.O. Box 2127
Augusta, GA 30903

Office Of The U. S. Trustee
33 Bull Street,
Suite 400
Savannah, GA 31401

Frankie Ray Beasley
809 Upington Lane
Evans, GA 30809-0430

Amy Renee Beasley
809 Upington Lane
Evans, GA 30809-0430

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
13010 Morris Rd.
Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112

      Facsimile: 404-393-1425

      By: /s/Willie Smith
      Willie Smith, Esquire
      Georgia Bar Number  507412
      Email: wismith@raslg.com