IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Frankie Ray Beasley & Amy Renee Beasley, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | Case No. 25-10628 |

MOTION OF DEBTOR(S) FOR PLAN PAYMENT MORATORIUM

The debtor(s), by counsel, hereby moves this Court, pursuant to 11 U.S.C. s1329(a), for an order granting a moratorium from payments for payments otherwise due under the above-captioned Chapter 13 case. The Debtor(s) are unable to make their plan payments because of loss of income arising from the federal government shutdown beginning October 1, 2025, as a result of the congressional failure to pass appropriations legislation for the 2026 fiscal year, which began that day. The shutdown resulted in the furlough of the Debtor Frankie Beasley as a federal employee working for the Department of Defense (War) and the loss of Debtor's federal wages.

As such, not granting a moratorium based on the Debtors' hardship would be detrimental for the Debtors to have a successful reorganization. Based on the foregoing, the Debtors move for a moratorium on payments due under the Chapter 13 plan for the duration of the current United States federal government shutdown.

Dated: October 15, 2025

/s/Lee Ringler
LEE RINGLER
Attorney for Debtor(s)
Georgia Bar No. 606350

Suite 222, 1450 Greene Street
Augusta, GA 30901
Telephone: (706) 724-4000
Fax: 706-724-1644
Email: lringler@leeringler.com

**United States Bankruptcy Court**
**Southern District of Georgia**

In re **Frankie Ray Beasley**
**Amy Renee Beasley**
Debtor(s)

Case No. 25-10628
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, **2025**, a copy of Motion of Debtor(s) For Plan Payment Moratorium was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**attached mailing matrix**

/s/Lee Ringler

**Lee Ringler 606350**
**Lee Ringler**
**SUITE 222**
**1450 GREENE STREET**
**AUGUSTA, GA 30901-5234**
**706-724-4000Fax:706-724-1644**
**lringler@leeringler.com**

Label Matrix for local noticing
113J-1
Case 25-10628-SDB
Southern District of Georgia
Augusta
Mon Oct 20 16:04:25 EDT 2025

American Express National Bank c/o Zwicker &
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-0943

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

Amex
POB 981535
El Paso TX 79998-1535

Amy Renee Beasley
809 Upington Lane
Evans, GA 30809-0430

Frankie Ray Beasley
809 Upington Lane
Evans, GA 30809-0430

Chapter 13 Trustee
Post Office Box 2127
Augusta GA 30903-2127

Concord Servicing Group
6560 N. Scottsdale Road, Ste. G
Paradise Valley AZ 85253-4412

Ford Motor Credit Co.
Post Office Box 35910
Cleveland OH 44135-0910

Ford Motor Credit Company LLC c/o AIS Portfo
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ford Motor Credit Company LLC, c/o AIS Portf
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Georgia Department of Revenue
2595 Century Parkway, NE Ste 339
Atlanta, GA 30345-3173

Georgia Department of Revenue
Bankruptcy
2595 Century Pkwy NE, Ste 339
Atlanta, GA 30345-3173

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia PA 19101-7346

James Belfiore
5935 Crany Creek Drive
Gloucester VA 23061-4170

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Lafayette CU
3535 University Blvd. W.
Kensington MD 20895-1701

Huon Le
P.O. Box 2127
Augusta, GA 30903-2127

(p)MCCALLA RAYMER LEIBERT PIERCE LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

Office of the U. S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401-3331

Pointes West Army Resorts
6703 Washington Road
Appling GA 30802-4122

Lee Ringler
Lee Ringler Law Offices
1450 Greene Street
Suite 222
Augusta, GA 30901-5234

(p)SRP FEDERAL CREDIT UNION
PO BOX 6730
NORTH AUGUSTA SC 29861-6730

Shell Vacation Club
6277 Sea Harbor Dr.
Orlando FL 32821-8043

Willie Bruce Smith
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Rd.
Suite 450
Alpharetta, GA 30004-2001

Sunrise Credit Services
POB 9004
Melville NY 11747-9004

Syncb/Care Credit
POB 71757
Philadelphia PA 19176-1757

Syncb/PayPal
POB 71727
Philadelphia PA 19176-1727

(p)U S ATTORNEY'S OFFICE
P O BOX 8970
SAVANNAH GA 31412-8970

U.S. BANK NATIONAL ASSOCIATION
14841 Dallas Parkway, Suite 350
Dallas, TX 75254-7685

(p)U S BANK
4801 FREDERICA STREET
OWENSBORO KY 42301-7441

U.S. Bank National Association
Robertson, Anschutz, Schneid, & Crane PL
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

US Bank Home Mortgage
POB 21844
Saint Paul MN 55121-0844

US Department of Veterans Affairs
810 Vermont Ave. NW Room 471
Washington DC 20420-0001

USAA Federal Savings Bank
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

USAA Savings Bank
10750 McDermott
San Antonio TX 78288-1600

USAA Savings Bank
POB 33009
San Antonio TX 78265-3009

United States Trustee
33 Bull Street, Suite 400
Savannah GA 31401-3331

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

(d)Georgia Department of Revenue
Compliance Div., Bankr. Section
1800 Century Blvd. NE, Ste. 9100
Atlanta GA 30345-3205

Jefferson Capital Systems LLC
PO Box 7999
St. Cloud, MN 56302-9617

Michael J. McCormick
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076

SRP Federal Credit Union
Post Office Box 6730
North Augusta SC 29861

U.S. Attorney
POB 2017
Augusta GA 30903

U.S. Bank National Association
c/o U.S. Bank Home Mortgage,
a division of U.S. Bank N.A.
2800 Tamarack Road
Owensboro, Kentucky 42301

(d)United States Attorney
P.O. Box 2017
Augusta GA 30903

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. BANK NATIONAL ASSOCIATION

End of Label Matrix
Mailable recipients 37
Bypassed recipients 1
Total 38